FILED
IN OPEN COURT
MAR 28 2013
CLERK
U. S. DISTRICT COURT

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DIAMONDBACK FIREARMS, LLC,

      Plaintiff,

-vs-                              Case No. 6:10-cv-1664-Orl-28DAB

SAEILO, INC., and KOOK JIN MOON,

      Defendants.
_____/

## VERDICT

### A. Infringement

1. Have Defendants proved by a preponderance of the evidence that Diamondback has infringed any of claims 1, 2, 3, 4, 5, 6, 8, or 12 of U.S. Patent No. 5,502,914?

    Answer Yes or No ___Yes___

Note: If your answer to Question 1 is No, skip Question 2 and proceed to Question 3. If your answer to Question 1 is Yes, proceed to Question 2.

2. Please indicate with an "X" which claim or claims of U.S. Patent No. 5,502,914 Diamondback has infringed:

| Claim | |
|---|---|
| Claim 1 | X |
| Claim 2 | X |
| Claim 3 | X |
| Claim 4 | X |
| Claim 5 | X |
| Claim 6 | X |
| Claim 8 | X |
| Claim 12 | X |

## B. Invalidity

3. Has Diamondback proved by clear and convincing evidence that claim 12 of U.S. Patent No. 5,502,914 is invalid based on anticipation?

Answer Yes or No ___No___

4. Has Diamondback proved by clear and convincing evidence that one or more of claims 1, 2, 3, 4, 5, 6, 8, and 12 of U.S. Patent No. 5,502,914 is invalid based on obviousness?

Answer Yes or No ___NO___

Note: If your answer to Question 4 is No, stop and sign this verdict form without answering Question 5. If your answer to Question 4 is Yes, proceed to Question 5.

5. Please indicate with an "X" which claim or claims of U.S. Patent No. 5,502,914 is invalid based on obviousness:

| | |
|---|---|
| Claim 1 | _____ |
| Claim 2 | _____ |
| Claim 3 | _____ |
| Claim 4 | _____ |
| Claim 5 | _____ |
| Claim 6 | _____ |
| Claim 8 | _____ |
| Claim 12 | _____ |

SO SAY WE ALL.

___[signature]___
Foreperson

DATED: ___3/28/2013___

2