IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| Diamondback Firearms, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 6:10-cv-1664-Orl-28DAB |
| ) | |
| v. ) | |
| ) | |
| Saeilo, Inc. d/b/a Kahr Arms, et al., ) | |
| ) | |
| Defendants. ) | |

## REQUEST FOR ORAL ARGUMENT

Defendants, Saeilo, Inc. d/b/a Kahr Arms and Kook-Jin Moon request, pursuant to Local Rule 3.01(d), oral argument with respect to their Motion for Entry of Injunctive Relief Preventing Further Infringement. Defendants estimates that 30 minutes will be required for oral argument on the issues raised.

Dated this 8th day of May, 2013.

s/ Douglas C. Spears
DOUGLAS C. SPEARS
Florida Bar No.: 373801
Swann Hadley Stump Dietrich & Spears, P.A.
1031 W. Morse Blvd., Suite 350
Winter Park, FL 32789
dspears@swannhadley.com
Telephone:   (407) 647-2777
Facsimile:    (407) 647-2157

Clifford P. Kelly
Alix, Yale & Ristas, LLP
750 Main Street, 14th Floor
Hartford, CT 06103-2721
ckelly@pctlaw.com
Telephone: (860) 527-9211
Facsimile: (860) 527-5029

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on May 8, 2013, I filed the foregoing using the CM/ECF system which will send notice to: Brian R. Gilchrist, Esq., and Ryan Thomas Santurri, Esq., Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A., P. O. Box 3791, Orlando, Florida 32802.

s/Douglas C. Spears
Douglas C. Spears