UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DIAMONDBACK FIREARMS, LLC,

          Plaintiff,

-vs-                         Case No.  6:10-cv-1664-Orl-28DAB

SAEILO, INC., and KOOK JIN MOON,

          Defendants.

_____

### ORDER and NOTICE OF HEARING

Defendants have filed a Request for Oral Argument (Doc. 208) on their Motion for Entry of Injunctive Relief Preventing Further Infringement (Doc. 206). The Request for Oral Argument is **GRANTED**.

The parties shall **TAKE NOTICE** that oral argument on all pending motions in this case will be held before the Honorable John Antoon II, United States District Judge, on **THURSDAY, OCTOBER 10, 2013**, at **2:00 P.M.** in Courtroom #6B, United States Courthouse, 401 W. Central Boulevard, Orlando, Florida.

It is further **ORDERED** that no later than three business days before the date of this hearing, counsel shall confer by telephone or in person in a good faith effort to resolve the issues raised, and also to narrow the contested issues of fact and law that the Court must resolve. To spare the Court unnecessary preparation, counsel who are successful in their

efforts to resolve such matters by agreement shall so advise the Court jointly no later than three business days before the hearing.

**DONE** and **ORDERED** in Orlando, Florida on this __26__ day of September, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record

**PLEASE NOTE**:  Photo I.D. is required to enter the United States Courthouse.  Also, cellular telephones and laptop computers are prohibited in the Courthouse.