IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| DIAMONDBACK FIREARMS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SAEILO, INC. d/b/a KAHR ARMS, ) <br> et al., ) <br> ) <br> Defendants. ) | Civil Action No.: 6:10-cv-1664-Orl-28DAB |

## REQUEST FOR ORAL ARGUMENT

Defendants, Saeilo, Inc. d/b/a Kahr Arms and Kook-Jin Moon, request, pursuant to Local Rule 3.01(d), oral argument with respect to their Renewed Motion for Attorneys' Fees and Renewed Bill of Costs. Defendants estimate that 30 minutes will be required for oral argument on the issues raised.

Dated this 20th day of February, 2014.

                s/ Benjamin C. Iseman
                BENJAMIN C. ISEMAN
                Florida Bar No. 0194506
                DOUGLAS C. SPEARS
                Florida Bar No.: 373801
                Swann Hadley Stump Dietrich & Spears, P.A.
                1031 W. Morse Blvd., Suite 350
                Winter Park, FL 32789
                bisemans@swannhadley.com
                Telephone: (407) 647-2777
                Facsimile: (407) 647-2157

                Clifford P. Kelly
                Alix, Yale & Ristas, LLP
                750 Main Street, 14th Floor
                Hartford, CT 06103-2721
                ckelly@pctlaw.com
                Telephone: (860) 527-9211
                Facsimile: (860) 527-5029

<u>CERTIFICATE OF SERVICE</u>

  I HEREBY CERTIFY on February 20, 2014, I filed the foregoing using the CM/ECF system which will send notice to: Brian R. Gilchrist, Esq., and Ryan Thomas Santurri, Esq., Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A., P. O. Box 3791, Orlando, Florida 32802.

              <u>s/ Benjamin C. Iseman</u>
              Benjamin C. Iseman